UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIGNE TACKO WAGNE, FALLOU SOW, and HAMADY SOW,<br><br>               Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>               Respondents. | Case No.:  26-cv-2504-RSH-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 20, 2026, petitioners Serigne Tacko Wagne, Fallou Sow, and Hamady Sow filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioners allege that although each of them was previously released on immigration parole, the government re-arrested them on March 13, 2026 without any individualized custody determination or explanation, in violation of their due process rights. *Id.* ¶¶ 2, 4, 5, 62. They request release from custody. *Id.* at 18.

On April 28, 2026, Respondents filed a return. ECF No. 4. Without conceding Petitioners' allegations, Respondents state that they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." *Id.* at 3.

Accordingly, the Petition is **GRANTED** as follows. Within ***one business day of the***

*date of this order*, Respondents shall release petitioners Serigne Tacko Wagne, Fallou Sow, and Hamady Sow from immigration custody under the terms of their respective prior parole notices. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release. Court declines to grant further injunctive relief, on the grounds that the Petition does not establish entitlement to such relief.

   **IT IS SO ORDERED**.

Dated: April 28, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2504-RSH-AHG